BEFORE THE THIRD DIVISION, DECEMBER 18, 1957

**No. 61417.**—Canada Dry Ginger Ale, Inc., et al. *v.* United States, protests 231928–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 61418.**—Gehrig, Hoban & Co., Inc. *v.* United States, protest 302789–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61419.**—Richard Nathan Corporation *v.* United States, protest 293675–K (New York).

Opinion by RICHARDSON, J.   At the hearing, the official papers were received in evidence, including the collector's memorandum, wherein he admitted that he had not used the value as found by the appraiser in liquidating the involved entry.   In view of the requirements of section 503 (a) (b), Tariff Act of 1930 (19 U. S. C. § 1503 (a) (b)) and following *Eurasia Import Co., Inc.* v. *United States* (31 C. C. P. A. 144, C. A. D. 265) and *Whittaker, Clark & Daniels, Inc.* v. *United States* (34 C. C. P. A. 164, C. A. D. 360), the collector was directed to reliquidate the entry upon the basis of the final appraised value, which, in this case, was the same as the entered value, and refund the increased duties erroneously assessed and collected.